**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MICHAEL R. GRISSOM**                                                                                          **PLAINTIFF**

V.                              **Case No. 3:06-CV-00037-BD**

**RONNIE COLE, et al.**                                                                                          **DEFENDANTS**

**ORDER**

Plaintiff has filed a motion to continue (#19) the September 24, 2007 trial currently scheduled in this case.  In light of the recent appointment of new counsel for the Plaintiff, the motion (#19) is GRANTED and the Scheduling Order (docket entry #12) issued February 22, 2007, is hereby terminated.  Deadlines established in that Order are no longer in effect.  A new trial date and other deadlines will be established by separate order.

IT IS SO ORDERED this 27th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE