IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL GRISSOM**                                                                 **PLAINTIFF**
**ADC #135312**

**VS.**                          **NO. 3:06CV00037-BD**

**RONNIE COLE,** *et al.*                                                           **DEFENDANTS**

<u>ORDER</u>

This 42 U.S.C. §1983 case is scheduled for Jury Trial before U.S. Magistrate Judge Beth Deere beginning **Tuesday, February 19, 2008 at 9:00 a.m.,** at the United States Courthouse, 615 Main Street, Room 324, Jonesboro, Arkansas. Plaintiff, Michael Grissom, ADC #135312, is incarcerated at the Cummins Unit, Grady, Arkansas, in the control and custody of the Arkansas Department of Correction (ADC). The alleged incidents occurred while Plaintiff was being held at the Clay County Detention Center beginning in November of 2005.

The ADC is hereby directed to ensure Plaintiff's appearance at the trial, which is expected to last two to three days, along with the Plaintiff's complete medical file and any records the ADC may have received from the Clay County Detention Center at the time of transfer. A copy of this Order has been sent to the ADC.

IT IS SO ORDERED this 8th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE