## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL GRISSOM**                                                          **PLAINTIFF**
**ADC #135312**

**VS.**                                    **NO. 3:06CV00037-BD**

**RONNIE COLE,** *et al.*                                                      **DEFENDANTS**

<u>**ORDER**</u>

The Court has been informed that the parties have reached a complete settlement of this case.  Therefore, the Arkansas Department of Correction ("ADC") is no longer required to transport Plaintiff Michael Grissom, ADC #135312, and witness Kenny Morrisett, ADC #106460, to trial at the United States Courthouse in Jonesboro, Arkansas, on February 19, 2008.  A copy of this Order has been sent to the ADC.

IT IS SO ORDERED this 14th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE