# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MICHAEL GRISSOM**                                                       **PLAINTIFF**
**ADC #135312**

**VS.**                         **NO. 3:06CV00037-BD**

**RONNIE COLE,** *et al.*                                             **DEFENDANTS**

## ORDER

The parties have notified the Court that a settlement has been reached in this matter.

IT IS THEREFORE ORDERED that the Complaint and all claims in this action against defendants be, and they hereby are, dismissed with prejudice.

The Court retains jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 14th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE